IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| BRIANA A. BALTAZAR, | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | CIVIL ACTION NO.  1:23-CV-467-MJT-CLS |
| | § | |
| SANTANDER CONSUMER USA, and | § | |
| SURE SHOT RECOVERY, | § | |
| *Defendants*. | § | |

**MEMORANDUM ORDER ADOPTING THE REPORT AND
RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE [Dkt. 5]**

Pursuant to 28 U.S.C. § 636 and the Local Rules of Court for the Assignment of Duties to United States Magistrate Judges, the District Court referred this proceeding to the Honorable Christine L. Stetson to conduct all pretrial proceedings, to enter findings of fact and recommend disposition on case-dispositive matters, and to determine non-dispositive matters. *See* 28 U.S.C. § 636(b)(1); E.D. Tex. Loc. R. CV-72.

Plaintiff, proceeding *pro se* and *in forma pauperis*, filed suit on December 21, 2023, alleging Defendants violated various federal statutes and Texas state law while repossessing her car [Dkt. 1]. On February 27, 2024, Judge Stetson entered a Report and Recommendation [Dkt. 6] advising the Court to dismiss with prejudice Plaintiff's claims as frivolous pursuant to 28 U.S.C. §1915(e)(2). Judge Stetson found that Plaintiff's claims were unsubstantiated, without a valid legal basis, and vague. Plaintiff did not object to Judge Stetson's Report and Recommendation and the time to do so has passed. After careful review, the Court finds that the findings of fact and conclusions of law of the United States Magistrate Judge are correct.

2

Accordingly, the Report and Recommendation of the United States Magistrate Judge [Dkt. 5] is ADOPTED.  Plaintiff's claims are DISMISSED with prejudice pursuant to 28 U.S.C. §1915(e)(2).  A final judgment will be entered by the Court.

IT IS SO ORDERED.

**SIGNED this 18th day of March, 2024.**

_____
Michael J. Truncale
United States District Judge